Opinion issued April 11, 2002 










In The

Court of Appeals

For The

First District of Texas

____________


NOS. 01-01-00481-CR

 01-01-00482-CR

____________


MICHAEL CARY GOODMAN, Appellant


V.


THE STATE OF TEXAS, Appellee







On Appeal from the 232nd District Court

Harris County, Texas

Trial Court Cause Nos. 851327 and 851326






MEMORANDUM OPINION

 Appellant filed a motion to withdraw his notice of appeal in the above-referenced cause numbers. The motion is in writing, signed by appellant. We have
not yet issued a decision. Accordingly, the appeals are dismissed. Tex. R. App. P.
42.2(a).

 The clerk of this Court is directed to issue mandates immediately. Tex. R. App.
P. 18.1.

PER CURIAM

Panel consists of Justices Cohen, Nuchia, and Smith. (1)

Do not publish. Tex. R. App. P. 47.
1. The Honorable Jackson B. Smith, Jr., retired Justice, Court of Appeals, First
District of Texas at Houston, participating by assignment.